JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MARIO VASQUEZ,<br><br>              Plaintiff,<br><br>       v.<br><br>CANTARITO GRILL MEXICAN FOOD, JOREGE MORA NAVARRO, SALVADOR MEDIA, and AUGUSTINA MEDIA,<br><br>              Defendants. | Case No.: SACV 17-01610-CJC(JDEx)<br><br>JUDGMENT |

//

//

//

//

//

This matter came before the Court on Plaintiff's motion for default judgment. (Dkt. 27.) On February 1, 2018, the Court issued an Order granting Plaintiff's motion. In accordance with the Court's Order, IT IS HEREBY ORDERED that judgment is entered in favor of Plaintiff in the amount of $4,000.00. Additionally, Defendants are ordered to provide restroom facilities and accessible parking spaces at the business located at 2000 East 7th Street, Long Beach, California, in compliance with the Americans with Disabilities Act Accessibility Guidelines.

DATED:     February 1, 2018

CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE